UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, ON BEHALF OF HIMEMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-184 |
| MARTIN RESOURCE MANAGEMENT CORPORATION AND MARTIN TRANSPORT, INC., | § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

## ORDER ON MOTION TO TRANSFER VENUE TO THE TYLER DIVISION

Before the Court is Plaintiff's Motion to Transfer Venue to the Tyler Division based on an inadvertent mistake that occurred during the filing of this lawsuit. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Transfer Venue to the Tyler Division is hereby GRANTED.